IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA GAIL TAYLOR,

      Plaintiff,

vs.                                         Case No. 4:15cv8-RH/CAS

LEON COUNTY SCHOOL BOARD,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff Linda Gail Taylor, proceeding pro se, initiated this case on January 12, 2015, by submitting a complaint, doc. 1, and a motion seeking leave to proceed in forma pauperis, doc. 2.  Ruling on the motion, doc. 2, was deferred because of several deficiencies.  *See* doc. 4.  Taylor then submitted an amended complaint, doc. 7, and an amended affidavit of financial status, doc. 8.  However, ruling was deferred once again because it was unsigned, not complete, and had other deficiencies.  *See* doc. 9. That Order, doc. 9, informed Ms. Taylor as to what she must provide and how she must clarify her financial affidavit and the amended complaint.  *Id.*  She submitted another in forma pauperis motion, doc. 14, in July 2015 which, again, was insufficient to proceed.

Another Order was entered on July 23, 2015, advising Ms. Taylor that the in forma pauperis motion, doc. 14 at 1, was still incomplete and unsigned.  Doc. 15.  The Order explained other deficiencies evidence with this litigation and provided one final opportunity for her to submit a completed financial affidavit.  *Id.*  She was informed unequivocally that it would be that last opportunity provided to her.  *Id.*  The August 24, 2015, deadline has passed and nothing further has been filed.  Because an eight month period of time is more than sufficient to file a proper financial affidavit, this case should now been dismissed without prejudice.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with court orders and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on September 17, 2015.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:15cv8-RH/CAS